# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| KYLE WILLIAM STAEBELL, | ) | Case No.  23-mj-00016-JPO |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:
On or about the date(s) of January 16, 2023, in the county of Jefferson in the State and District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of threats in interstate commerce |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

s/          *David Love*
*Complainant's signature*

David Love, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: January 17, 2023

*Judge's signature*

City and state:    Denver, CO

U.S. Magistrate Judge James P. O'Hara
*Printed name and title*