DEFENDANT: William Kyle Staebell

YOB: 1989

ADDRESS (CITY/STATE): Evergreen, Colorado

OFFENSE(S): 18 U.S.C. § 875(c) (threats in interstate commerce)

LOCATION OF OFFENSE (COUNTY/STATE): Jefferson County, Colorado

PENALTY: NMT 5 years' imprisonment; NMT 3 years SR, $250,000 fine; $100 SA

AGENT: David Love
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Laura Cramer-Babycz and Andrea Surratt
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

  x   five days or less  _____ over five days  _____ other

THE GOVERNMENT

___x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:  _____ Yes   __x__ No