IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00016

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KYLE STAEBELL,

       Defendant.

---

**UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY EXAMINATION AND DETENTION HEARING FOR THE AFTERNOON**

---

       Kyle Staebell, through counsel, respectfully moves this Court to reschedule his Preliminary Examination and Detention Hearing, which is currently scheduled to begin at 10:00 A.M. on January 20, 2023, for a time in the afternoon on the same day. Undersigned counsel is unavailable at 10:00 A.M., due to a conflicting hearing before Judge Brimmer for case no. 22-CR-00122-PAB. The government does not oppose this request.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/Kilie Latendresse
       KILIE LATENDRESSE
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202

Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz, Assistant United States Attorney
Laura.Cramer-Babycz@usdoj.gov

Andrea Surratt, Assistant United States Attorney
Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      s/Kilie Latendresse
      KILIE LATENDRESSE
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      kilie.latendresse@fd.org
      Attorney for Defendant