IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   23-mj-00016

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA GRADY
    Federal Public Defender


    *s/ Kilie Latendresse*
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Andrea Lee Surratt, Assistant United States Attorney
  andrea.surratt@usdoj.gov

  Laura Cramer-Babycz, Assistant United States Attorney
  Laura.Cramer-Babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Kyle William Staebell  (via U.S. Mail)


          *s/ Kilie Latendresse*
          Kilie Latendresse
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Kilie_Latendresse@fd.org
          Attorney for Defendant