IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-mj-0016

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DETERMINATION OF COMPETENCY [ECF NO. 11]

    The United States of America (the government), by and through Laura Cramer-Babycz and Andrea Surratt, Assistant United States Attorneys, hereby responds to the defendant's Motion for Determination of Competency [ECF No. 11].  As set forth below, the government does not oppose the defendant's request that the Court order an examination to determine the defendant's mental competency pursuant to 18 U.S.C. § 4241.

    1.    On January 20, 2023, the defendant, Kyle Staebell, through counsel, filed a motion requesting that the Court order an evaluation to determine whether Mr. Staebell is mentally competent.  [ECF No. 11].  Mr. Staebell also requested that the Court order that the evaluation be completed by a local psychiatrist or psychologist.

    2.    That same day, the Court ordered the government to file any opposition to that request by January 23, 2023.

    3.    The government does not object to the Court ordering an examination to

determine Mr. Staebell's mental competency pursuant to 18 U.S.C. §§ 4241 and 4247.

    4.    As to Mr. Staebell's request that the examination be conducted by a local psychiatrist or psychologist, the government also does not oppose that request. Counsel for the government is in the process of conferring with defense counsel regarding the selection of an examiner to propose to the Court. The examiner ultimately selected will be compensated by the government, and the undersigned AUSA will coordinate with the examiner and the appropriate representative from the United States Attorney's Office for the District of Colorado to ensure payment of the examiner's invoice.

    5.    The government will also confer with defense counsel regarding a proposed order to submit to the Court by January 24, 2023, that sets forth the statutory parameters of the examination and the local psychiatrist or psychologist who will conduct the examination.

Dated January 23, 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:    *s/ Laura Cramer-Babycz*
        LAURA CRAMER-BABYCZ
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO  80202
        Telephone: (303) 454-0100
        Fax: (303) 454–0401
        e-mail: laura.cramer-babycz@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DETERMINATION OF COMPETENCY [ECF NO. 11]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Deana Ambrosen*
Deana Ambrosen
Legal Assistant
United States Attorney's Office