IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00016

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KYLE STAEBELL,

        Defendant.

---

### REPLY IN SUPPORT OF UNOPPOSED MOTION FOR DETERMINATION OF COMPETENCY

---

Kyle Staebell, through counsel, respectfully submits the following information in support of his Motion for Determination of Competency (ECF 11):

On January 20, 2023, Mr. Staebell filed a motion raising competency to proceed and requested that the Court (1) order that Mr. Staebell be evaluated for competency and (2) that the evaluation be conducted by a local psychologist or psychiatrist. *Id.* That same day, the Court issued an Order based on this motion. (ECF 12). The Court's order included a requirement that the parties specify who might be appointed to evaluate Mr. Staebell. *Id.*

On January 23, 2022, the government sent a proposed list of potential evaluators to undersigned counsel. This list included Jane Wells, PhD. Counsel contacted Dr. Wells and Dr. Wells promptly responded with confirmation that she is available to conduct the evaluation.

Dr. Wells estimates that she can complete the evaluation by late February or possibly early March. Neither Mr. Staebell nor the government objects to this timeframe, as it is likely the

1

fastest available option under the circumstances. Furthermore, in the event that the evaluation is not completed within 30 days, 18 U.S.C. § 4247(b) allows for an extension of up to 15 days beyond the original 30-day window for completing the evaluation.

    Wherefore, Mr. Staebell respectfully requests that the Court order that Mr. Staebell's evaluation for competency be conducted by Dr. Jane Wells.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz, Assistant United States Attorney
Laura.Cramer-Babycz@usdoj.gov

Andrea Surratt, Assistant United States Attorney
Andrea.Surratt@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kyle Staebell (U.S. Mail)


                                                s/Kilie Latendresse
                                                KILIE LATENDRESSE
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                kilie.latendresse@fd.org
                                                Attorney for Defendant