AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JAN 23 AM 8:49

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| KYLE WILLIAM STAEBELL, | ) Case No. 23-mj-00016-JPO |
| _____ | ) |
| Defendant | ) |
| | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay KYLE WILLIAM STAEBELL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) (transmission of threats in interstate commerce)

Date: January 17, 2023

_____
*Issuing officer's signature*

James P. O'Hara

City and state: Denver,

U.S. Magistrate Judge James P. O'Hara
*Printed name and title*

---

**Return**

| CO | |
|---|---|

This warrant was received on *(date)* 1/17/2023, and the person was arrested on *(date)* 1/16/2023
at *(city and state)* Denver, Colorado.

Date: 1/17/2023

_____
*Arresting officer's signature*

David Love Special Agent, FBI
*Printed name and title*