IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

                                                              Criminal Case No. 23-mj-00016-JPO

v.

1.    KYLE WILLIAM STAEBELL,

    Defendant.

## ORDER FOR COMPETENCY EVALUATION

This case comes before the court on the motion for determination of competency filed on behalf of the defendant, Kyle William Staebell, by his appointed counsel of record for [ECF No. 11]. The government has filed a response stating that it does not oppose the motion. [ECF No. 14]. The Court hereby orders as follows:

    1.    The motion for determination of competency [ECF No. 11] is granted.

    2.    That is, for the reasons concisely summarized in counsel's motion, the court finds there is reasonable cause to believe defendant is not mentally competent to understand the nature and consequences of the proceedings against him, or to properly assist in his defense.

    3.    Therefore, in accordance with 18 U.S.C. §§ 4241(a) and 4247(b), defendant shall be committed to the custody of the Attorney General for a psychiatric and psychological examination in a suitable facility for a reasonable period not to exceed 30 days. Unless impracticable, the psychiatric and psychological examination shall be conducted in a suitable facility closest to the court, in the District of Colorado, by Jane

Wells, PhD, as described below.

4. In accordance with 18 U.S.C. § 4247(c), a psychiatric and psychological report shall be prepared and filed with the court with copies provided to counsel. The report shall include the following:

    a. Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions as to diagnosis and prognosis; and

    e. The examiner's opinion as to whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

5. Defendant shall fully cooperate with the examiner for purposes of conducting the psychiatric and psychological examination.

6. As agreed by the parties, the examiner shall be compensated by the government, and the assigned AUSA shall coordinate with the examiner and the appropriate representative from the United States Attorney's Office for the District of Colorado to ensure timely payment of the examiner's invoice.

7. Defense counsel shall forthwith send a copy of this Order to Dr. Jane Wells, at:

    2669 Spruce Street, Suite 202

    Boulder, CO  80302

Dated January 25, 2023, at Denver, Colorado.

BY THE COURT:

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge